**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MANUEL MENDEZ,<br><br>        Plaintiff,<br><br>     v.<br><br>DAVID H. YAMASAKI, et. al.,<br><br>        Defendants. | NO. CV 18-0040-RGK (AS)<br><br><br><br>**JUDGMENT** |

    Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

    DATED: August 14, 2018.

                                                /s/ Gary Klausner
                                       R. GARY KLAUSNER
                                UNITED STATES DISTRICT JUDGE